IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES COURT
SOUTHERN DISTRICT OF TEXAS
FILED
SEP 18 2000
MICHAEL N. MILBY, CLERK OF COURT

CIVIL ACTION NUMBER

H-00-3214

B-00-148

ORDER
FOR CONFERENCE
AND
DISCLOSURE OF INTERESTED PERSONS

1. Counsel and pro se litigants shall appear at an initial pretrial and scheduling conference before

   Honorable Nancy F. Atlas

   **December 1**, 2000 at **1:30** p.m.

   Courtroom 9-F on the 9th Floor
   United States Courthouse
   515 Rusk Street
   Houston, Texas 77002.

2. Counsel shall file within fifteen (15) days from receipt of this Order a certificate with the Clerk listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities that are financially interested in the outcome of this litigation. If a large group can be specified by a general description, individual listing is not necessary. Underline the name of each corporation whose securities are publicly traded. If new parties are added or if additional persons or legal entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then each counsel shall promptly file an amended certificate with the Clerk.

3. After the parties meet as required by Fed. R. Civ. P. Rule 26(f), counsel shall prepare and file not less than three (3) days before the conference a joint discovery/case management plan containing the information required on the attached form, in the form specified by this Court's Procedures and the Cost and Delay Reduction Plan in the Civil Justice Reform Act of 1990 adopted by the Court on October 24, 1991, and as required by Fed. R. Civ. P. Rule 26(f), as amended December 1, 1993.

4. The conference will be conducted in accordance with Fed. R. Civ. P. 16. Counsel should be prepared to argue all pending motions at the conference and the Court may rule on same.

5. Each party shall appear at the conference by an attorney with (a) *full* knowledge of the case and (b) *authority* to bind the client. See Local Rule 8.

6. The Court will prepare a docket control order at the pretrial conference. *See* the Court's Procedures.

7. Counsel who file or remove an action must *serve a copy of this order* with the summons and complaint or with the notice of removal. In addition, in all removed cases, counsel for the removing party(ies) must file with the Court at least three (3) days before the Initial Pretrial Conference the "certificate of service in removed action."

8. Counsel must deliver to Chambers *courtesy copies* of all documents filed within seven (7) days of the conference. All such copies must be marked "FOR PRETRIAL CONFERENCE."

9. Counsel shall discuss with their clients and each other whether *alternative dispute resolution* is appropriate, and at the conference shall advise the Court of the results of their discussions.

10. Discovery may be conducted if all named defendants have answered and all parties agree.

11. For the convenience of out-of-town counsel, the Court will allow participation by telephone if requested by letter to the Court's case manager in writing at least a week in advance of the conference date. No confirmation will be made by the court.

12. Failure to comply with this order may result in sanctions, including dismissal of the action and assessment of fees and costs.

SIGNED at Houston, Texas, this 1st day of August, 2000.

*Nancy F. Atlas*
NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE