3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

SEP 20 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA McKENZIE, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-00-3214 |
| | § | |
| WORLDCOM, INC., | § | |
| Defendant. | § | B-00-148 |

# ORDER OF TRANSFER

On August 9, 2000, Plaintiff Maria McKenzie filed this lawsuit in the 357th District Court of Cameron County, a county located in the Brownsville Division of the Southern District of Texas. On September 18, 2000, Defendant WorldCom, Inc. filed its Notice of Removal [Doc. # 1], which correctly reflects in the caption that removal is to the Brownsville Division. The Notice of Removal was mailed, however, to the Houston Division.

It appearing that the proper division for purposes of removal is the Brownsville Division and it further appearing from the caption of the Notice of Removal that Defendant intended to file the Notice of Removal in that division rather than in the Houston Division, it is hereby

**ORDERED** that this case is **TRANSFERRED** to the Brownsville Division of the Southern District of Texas.

SIGNED at Houston, Texas, this 19th day of September, 2000.

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk
By_____
Deputy Clerk

NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2000\3214TRAN.  000919.1259