United States District Court
Southern District of Texas
FILED

SEP 26 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA McKENZIE, on behalf of herself and all others similarly situated, | § § § | CIVIL ACTION NO. B-00-148 JURY |
| Plaintiffs, | § § | |
| v. | § § | |
| WORLDCOM, INC. a/k/a MCI WORLDCOM, INC. a/k/a MCI WORLDCOM COMMUNICATIONS, INC., | § § § § § | |
| Defendant. | § § | |

## UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

Defendant MCI WORLDCOM Communications, Inc. ("WorldCom") moves the Court to extend the time for WorldCom's response to Plaintiff's First Amended Petition, as follows:

1. Defendant WorldCom recently removed this cause from state court and needs an extension of time to file a responsive pleading to Plaintiff's First Amended Petition.

2. Plaintiff's Counsel, Richard C. Jaramillo, has agreed to extend the time for WorldCom to respond to Plaintiff's First Amended Petition to and including October 5, 2000.

3. This motion is accompanied by a proposed order.

WHEREFORE, Defendant WorldCom respectfully prays that its motion be granted and that the time to respond to Plaintiff's First Amended Petition be extended to and including October 5, 2000.

Respectfully submitted,

*[signature: John C Eichman]*

John C. Eichman
Kerry C. Ahern
JENKENS & GILCHRIST,
*A Professional Corporation*
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202-2799
Tel.   (214) 855-4500
Fax:   (214) 855-4300

John Alex Huddleston
Texas Bar No. 10148400
JENKENS & GILCHRIST
*A Professional Corporation*
1800 Frost Bank Tower
100 West Houston Street
San Antonio, Texas 78205
Telephone:   (210) 246-5000
Facsimile:   (210) 246-5999
ATTORNEYS FOR DEFENDANT
MCI WORLDCOM COMMUNICATIONS, INC.

OF COUNSEL:
Thomas F. O'Neil III
William E. Smith
WORLDCOM, INC.
1133 19th Street, N.W.
Washington, D.C. 20036
Telephone:   (202)736-6612
Facsimile:   (202) 736-6482

**MOTION FOR EXTENSION OF TIME TO ANSWER OR
FILE OTHER RESPONSIVE PLEADING- PAGE 2**

Dallas3 624022 v 1, 46943.00103

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the that instrument was served upon all counsel of record as follows by hand delivery on this 22nd day of September, 2000:

Richard C. Jaramillo
Ray L. Vela
Law Offices of Richard Jaramillo & Associates, P.C.
1412 Main Street, 22nd Floor
Dallas, Texas 75202
(214) 744-3364
(214) 748-6603 - fax

_____
John C. Eichman

**MOTION FOR EXTENSION OF TIME TO ANSWER OR
FILE OTHER RESPONSIVE PLEADING- PAGE 3**

Dallas3 624022 v 1, 46943.00103