5

United States District Court
Southern District of Texas
ENTERED

OCT 06 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA McKENZIE, on behalf of herself and all others similarly situated, | § | CIVIL ACTION NO. B-00-148 |
| | § | JURY |
| Plaintiffs, | § | |
| v. | § | |
| WORLDCOM, INC. a/k/a MCI WORLDCOM, INC. a/k/a MCI WORLDCOM COMMUNICATIONS, INC., | § | |
| Defendant. | § | |

**AGREED ORDER EXTENDING TIME TO RESPOND TO AMENDED PETITION**

The Unopposed Motion to Extend Time filed by Defendant MCI WORLDCOM Communications, Inc. is GRANTED and the time for Defendant MCI WORLDCOM Communications, Inc. to respond to Plaintiff's First Amended Petition in this cause is extended to and including October 5, 2000.

DATED this 29 day of SEPT, 2000.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

**AGREED ORDER - Page 1**
Dallas3 624027 v 1, 46943.00103

AGREED:


_____
John C. Eichman
Attorney for Defendant
MCI WORLDCOM COMMUNICATIONS, INC.


_____
Richard C. Jaramillo
Attorney for Plaintiff
MARIA McKENZIE

**AGREED ORDER - Page 2**

Dallas3 624027 v 1, 46943.00103