

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 5 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARIA McKENZIE, on behalf of herself and all others similarly situated, | § § § | CIVIL ACTION NO. B-00-148 JURY |
| Plaintiffs, | § § | |
| v. | § § | |
| WORLDCOM, INC. a/k/a MCI WORLDCOM, INC. a/k/a MCI WORLDCOM COMMUNICATIONS, INC., | § § § § § | |
| Defendant. | § § | |

## MCI WORLDCOM COMMUNICATIONS, INC.'S MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(6), Defendant MCI WORLDCOM Communications, Inc. ("WorldCom")[1] respectfully files its Motion to Dismiss, as follows:

1.      Plaintiff Maria McKenzie ("Plaintiff"), on behalf of herself and others similarly situated, challenges certain fees, rates, charges and restrictions relating to WorldCom's telecommunications services. Plaintiff alleges causes of action for negligent misrepresentation and violation of the Texas Deceptive Trade Practices Act ("DTPA"), claiming that WorldCom made certain misrepresentations and failed to disclose

---

[1]      The Plaintiff incorrectly assumes that WorldCom, Inc., MCI WORLDCOM, Inc., and MCI WORLDCOM Communications, Inc. are the same entity. WorldCom, Inc., which prior to May 1, 2000, was named MCI WORLDCOM, Inc., and MCI WORLDCOM Communications, Inc. are distinct corporate entities. MCI WORLDCOM Communications, Inc. is the proper party to this lawsuit as it provides telecommunications services to consumers and engages in marketing and advertising for those services. WorldCom, Inc. is an improper party because it does not provide services to consumers and does not engage in marketing or advertising of such services.

certain fees, rates, charges and limitations in its marketing of long-distance telecommunications services. Plaintiff claims these acts resulted in Texas consumers incurring charges that exceeded WorldCom's advertised rate.

2.      Plaintiff's action should be dismissed for failure to state a claim upon which relief can be granted. Dismissal is warranted because Plaintiff's claims are foreclosed by the filed tariff doctrine.

3.      The fees, rates, charges and restrictions relating to WorldCom's long-distance service are set forth in federal tariffs duly filed with the Federal Communications Commission ("FCC"). The filed tariff doctrine operates as a conclusive bar to any claim in which a party claims a right to a different rate than that set forth in a duly filed tariff, because any deviation from the filed tariff destroys the non-discriminatory purpose of the regulatory scheme. Because Plaintiff claims she should have been charged a rate lower than the rate set forth in WorldCom's Tariff, she is claiming a right to a discriminatory non-tariffed rate and her causes of action are barred.

4.      Plaintiff's Petition fails for other reasons as well. First, Plaintiff's claims, which are all based on state law, are preempted by federal law pursuant to the Communications Act of 1934. Second, because the Plaintiff is conclusively presumed to have knowledge of WorldCom's Tariff, she cannot show reasonable reliance on any representation that conflicts with the Tariff. Finally, because the tariffed rate is the only legal rate, Plaintiff has suffered no cognizable injury and therefore has no standing to assert her state law claims.

WHEREFORE, WorldCom respectfully requests this Court dismiss Plaintiff's action and grant WorldCom all further relief to which it is entitled.

Respectfully submitted,

John C. Eichman
State Bar No. 06494800
Kerry C. Ahern
State Bar No. 24012195
JENKENS & GILCHRIST
*A Professional Corporation*
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202
Telephone:     (214) 855-4500
Facsimile:      (214) 855-4300

John Alex Huddleston
Texas Bar No. 10148400
JENKENS & GILCHRIST
*A Professional Corporation*
1800 Frost Bank Tower
100 West Houston Street
San Antonio, Texas 78205
Telephone:     (210) 246-5000
Facsimile:      (210) 246-5999

**ATTORNEYS FOR DEFENDANT MCI
WORLDCOM COMMUNICATIONS, INC.**

OF COUNSEL:
Thomas F. O'Neil
William E. Smith
WORLDCOM, INC.
Law and Public Policy
1133 19th Street, N.W.
Washington, D.C. 20036
Telephone:     (202)736-6612
Facsimile:      (202) 736-6482

Dallas3 625102 v 1, 46943 00103

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was hand delivered on the following counsel of record, on this 4th day of October, 2000:

Richard C. Jaramillo
Ray L. Vela
Law Offices of Richard Jaramillo & Associates, P.C.
1412 Main Street, 22nd Floor
Dallas, Texas 75202
(214) 744-3364
(214) 748-6603 - fax