# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

OCT 1 0 2000

Michael N. Milby
Clerk of Court

## ORDER

| | | |
|---|---|---|
| MARIA McKENZIE, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-148 |
| | § | |
| WORLDCOM, INC., ET AL. | § | |

TYPE OF CASE:   __X__ CIVIL   ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**HEARING ON MCI WORLDCOM COMMUNICATIONS, INC.'S MOTION TO DISMISS**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**OCTOBER 26, 2000 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   OCTOBER 10, 2000

TO:   MR. RICHARD JARAMILLO
        MR. JOHN C. EICHMAN