UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 16 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARIA McKENZIE, on behalf of herself and all others similarly situated, Plaintiffs, | § § § § | |
| vs. | § § | CAUSE NO.: B-00-148 |
| WORLDCOM, INC. a/k/a MCI WORLDCOM, INC. a/k/a MCI WORLDCOM COMMUNICATIONS, INC., Defendant. | § § § § § | JURY |

## MOTION FOR LEAVE TO APPEAR AS ATTORNEY IN CHARGE FOR PLAINTIFF

COMES NOW, RICHARD C. JARAMILLO, attorney for Plaintiff in the above styled and numbered cause, and pursuant to Local Rule 83.1 K, files this Motion for Leave to Appear as Attorney in Charge for Plaintiff in the above styled and numbered cause. In support of this motion, Plaintiff shows the Court the following:

1. My name is Richard C. Jaramillo. I practice with The Law Offices of Richard C. Jaramillo & Associates at 1412 Main Street, 22nd Floor, Dallas, Texas 75202. My state bar of Texas number is: 10573200. In 1979, I was admitted to practice in the U.S. Dist. Court of the Northern District of Texas. I was admitted to practice in the U.S. 5th Circuit Court of Appeals in 1992.

2. My Co-Counsel in this matter, Frank Costilla and Ray L. Vela, are both admitted to practice before the U.S. Dist. Court for the Southern District Texas.

3. Contemporaneously with the filing of this Motion, I am filing Southern District of Texas Form SDTX AA-6, Motion and Order for Admission Pro Hac Vice.

Based upon the above, I pray that the Court enter an Order granting this Motion for Leave to Appear as Attorney in Charge for Plaintiff in the above styled and numbered cause and for such other relief in law and equity to which I may be entitled.

Respectfully submitted,

**LAW OFFICES OF RICHARD JARAMILLO & ASSOCIATES, P.C.**
1412 Main Street, 22nd Floor
Dallas, Texas 75202
(214) 744-3364
(214) 748-6603 (Fax)

**LAW OFFICES OF FRANK COSTILLA, P.L.L.C.**
5 East Elizabeth Street
Brownsville, Texas 78520
(956) 541-4982
(956) 544-3152 (Fax)

*ATTORNEYS FOR PLAINTIFFS*

By: _____
    RICHARD C. JARAMILLO
    "Attorney-In-Charge"
    Texas State Bar No. 10573200
    Appearing Pro Hac Vice
    RAY L. VELA
    Texas State Bar No. 00795075
    S.D. Tex. Bar No. 20357
    FRANK COSTILLA
    Texas State Bar No. 04856500
    S.D. Tex. Bar No. 1509

## CERTIFICATE OF SERVICE

I certify that on this the 12th day of October 2000, a true copy of the above document has been either delivered in person or delivered in person by my agent or delivered by courier with receipted delivery or sent by certified mail, return receipt requested, or sent by telephonic document transfer before 5:00 p.m. the recipient's local time to the following pursuant to the Federal Rules of Civil Procedure for each party listed on the attached service list.

John C. Eichman
Jenkins & Gilchrist
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202
(214) 855-4300 - fax

By:_____
RICHARD C. JARAMILLO