11

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
FILED

MOTION & ORDER
FOR ADMISSION *PRO HAC VICE*

OCT 16 2000

Michael N. Milby
Clerk of Court

| Division | Brownsville | Action Number | B-00-148 |
|---|---|---|---|
| | | | |
| McKenzie | | *versus* MCI WorldCom Communications | |
| | | | |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Admitted US District Court for: | Richard C. Jaramillo<br>Law Offices of Richard Jaramillo & Associates<br>1412 Main Street, 22nd Floor<br>Dallas, Texas 75202<br>(214) 744-3364<br>State Bar No. 10573200<br>N. D. Tex. (1979); 5th Cir. 1992 |
|---|---|

Seeks to appear as the attorney for this party:

| Plaintiff, McKenzie |
|---|
| Dated: 10-12-00   Signed: [signature] |

ORDER

This lawyer is admitted *pro hac vice*.

Signed on _____, 199__.         _____
                                          United States District Judge

SDTX AA-6 (8/98)