12

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

OCT 18 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIA McKENZIE, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-148 |
| | § | |
| WORLDCOM, INC., ET AL. | § | |

TYPE OF CASE:        __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been PASSED:

TYPE OF PROCEEDING:

**HEARING ON MCI WORLDCOM COMMUNICATIONS, INC.'S MOTION TO DISMISS**

PLACE:                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**              **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                              DATE AND TIME PREVIOUSLY SCHEDULED:

**OCTOBER 26, 2000 AT 1:30 P.M.**

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON PLAINTIFF'S MOTION TO REMAND**

PLACE:                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**              **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                              DATE AND TIME:

**NOVEMBER 30, 2000 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   OCTOBER 18, 2000
TO:     MR. RICHARD JARAMILLO
        MR. JOHN C. EICHMAN