/3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 3 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARIA McKENZIE, on behalf of herself and all others similarly situated, Plaintiffs, | § § § § | |
| | § | CAUSE NO.: B-00-148 |
| vs. | § § | JURY |
| WORLDCOM, INC. a/k/a MCI WORLDCOM, INC. a/k/a MCI WORLDCOM COMMUNICATIONS, INC., Defendant. | § § § § § | |

## MOTION FOR HEARING ON PLAINTIFF'S MOTION TO REMAND

COMES NOW, Plaintiff in the above styled and numbered cause, and pursuant to Local Rule 7.8, files this Motion for Hearing on Plaintiff's Motion to Remand. In support of this motion, Plaintiff shows the Court the following:

1.      The instant lawsuit was originally filed as cause number 2000-08-3297-E in the 357th Judicial District Court of Cameron County, Texas. Plaintiff, on behalf of herself and others similarly situated, brings suit as a state court class action suit against Defendant ("Defendant" or "MCI"). MCI removed the case to Federal Court on September 15, 2000.

2.      On October 4, 2000, MCI filed its Motion to Dismiss Plaintiff's case pursuant to F.R.C.P. 12(b)(6). A hearing on MCI's 12(b)(6) motion has been set for October 26, 2000 at 1:30PM.

3.      On October 12, 2000, Plaintiff filed her Motion to Remand. Plaintiff now moves that the court set Plaintiff's Motion to Remand for hearing on October 26, 2000 at 1:30PM. To conserve judicial resources, Plaintiff requests that the court hear arguments on all pending motions during the same hearing on October 26, 2000 at 1:30PM.

ClibPDF - www.fastio.com

Based upon the above, prays that the Court enter an Order granting this Motion

and set Plaintiff's Motion to Remand for hearing on October 26, 2000 at 1:30PM and for

such other relief at law or equity to which Plaintiff may be entitled.

Respectfully submitted,

**LAW OFFICES OF RICHARD JARAMILLO
& ASSOCIATES, P.C.**
1412 Main Street, 22nd Floor
Dallas, Texas 75202
(214) 744-3364
(214) 748-6603 (Fax)

**LAW OFFICES OF FRANK COSTILLA, P.L.L.C.**
5 East Elizabeth Street
Brownsville, Texas 78520
(956) 541-4982
(956) 544-3152 (Fax)

*ATTORNEYS FOR PLAINTIFFS*

By: _____
        RICHARD C. JARAMILLO
        "Attorney-In-Charge"
        Texas State Bar No. 10573200
        Appearing Pro Hac Vice
        RAY L. VELA
        Texas State Bar No. 00795075
        S.D. Tex. Bar No. 20357
       FRANK COSTILLA
        Texas State Bar No. 04856500
        S.D. Tex. Bar No. 1509

## CERTIFICATE OF SERVICE

I certify that on this the 17th day of October 2000, a true copy of the above document has been either delivered in person or delivered in person by my agent or delivered by courier with receipted delivery or sent by certified mail, return receipt requested, or sent by telephonic document transfer before 5:00 p.m. the recipient's local time to the following pursuant to the Federal Rules of Civil Procedure for each party listed on the attached service list.

U.S. CMRRR No. Z 176 221 374
John C. Eichman
Jenkins & Gilchrist
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202
(214) 855-4300 - fax

By:_____
　　　RICHARD C. JARAMILLO

---

**MOTION FOR HEARING ON PLAINTIFF'S MOTION TO REMAND**　　　　Page 3 of 3
CAUSE NO.: B-00-148