


United States District Court
Southern District of Texas
FILED

**OCT 2 6 2000**

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARIA McKENZIE, on behalf of herself § 
and all others similarly situated, §
    Plaintiffs, §
§
    vs. §
§
WORLDCOM, INC. a/k/a MCI §
WORLDCOM, INC. a/k/a MCI §
WORLDCOM COMMUNICATIONS, §
INC., §
    Defendant. §

CAUSE NO.: B-00-148

JURY

## PLAINTIFF'S SUPPLEMENTAL EVIDENCE IN SUPPORT OF ATTORNEY'S FEES AS REQUESTED IN PLAINTIFF'S MOTION TO REMAND

COMES NOW, Plaintiff in the above styled and numbered cause, and files this Plaintiff's Supplemental Evidence in Support of Attorney's Fees as Requested in Plaintiff's Motion to Remand. In support of this motion, Plaintiff shows the Court the following:

### I. PROCEDURAL HISTORY

1.1     The instant lawsuit was originally filed as cause number 2000-08-3297-E in the 357th Judicial District Court of Cameron County, Texas. Plaintiff, on behalf of herself and others similarly situated, brings suit as a state court class action suit against Defendant ("Defendant" or "MCI").

1.2     MCI was served with the above referenced suit on August 24, 2000. MCI removed the case to Federal Court on September 15, 2000, claiming federal question jurisdiction and complete preemption under the Federal Communications Act of 1934 ("the Act"), 47 U.S.C. § 151, et seq.

---

PLAINTIFF'S SUPPLEMENTAL EVIDENCE IN SUPPORT OF ATTORNEY'S FEES AS
REQUESTED IN PLAINTIFF'S MOTION TO REMAND
CAUSE NO.: B-00-148

Page 1 of 4

1.3     Plaintiff filed a timely Motion to Remand on October 16, 2000.  As a part of *Plaintiff's Motion to Remand,* pursuant to 28 U.S.C. § 1447(c), Plaintiff asked "the Court to order MCI, defendant in this action, to pay to Plaintiff all costs and expenses, including attorney's fees, incurred by Plaintiff as a result of the removal."

1.4     This filing is intended to be a supplement to *Plaintiff's Motion to Remand* which was filed on October 16, 2000.  Plaintiff requests the Court allow this pleading to relate back to and support Plaintiff's October 16, 2000 filing.

## II.  EVIDENCE

2.1     In support of this supplement to *Plaintiff's Motion to Remand,* Plaintiff attaches the following evidence which is fully incorporated herein by reference:

a.      Exhibit "1":  The affidavit of Richard C. Jaramillo;

b.      Exhibit "2":  The affidavit of Ray L. Vela.

## III.  PLAINTIFF'S COSTS, FEES AND EXPENSES ASSOCIATED WITH THE IMPROVIDENT REMOVAL OF THIS CASE

3.1     Plaintiff requests the Court to order MCI, defendant in this action, to pay to Plaintiff all costs and expenses, including attorney's fees, incurred by Plaintiff as a result of the removal as set forth in Exhibits "1" and "2" attached hereto.

3.2     Plaintiff further requests that any additional costs and fees associated with the Federal Court proceeding in this cause be charged to Defendant, including but not limited to, any travel expenses associated with attending hearings and or arguing motions related to the removal and remand of this action.

## IV. PRAYER

4.1     Plaintiff prays that the Court order Defendant MCI to pay costs, attorney's

fees and expenses of $24,300.00 related to the improvident removal of this cause. Plaintiff

further prays for such other relief and costs as are justified and for which Plaintiff shall

forever pray.

Respectfully submitted,

**LAW OFFICES OF RICHARD JARAMILLO
& ASSOCIATES, P.C.**
1412 Main Street, 22nd Floor
Dallas, Texas 75202
(214) 744-3364
(214) 748-6603 (Fax)

**LAW OFFICES OF FRANK COSTILLA, P.L.L.C.**
5 East Elizabeth Street
Brownsville, Texas 78520
(956) 541-4982
(956) 544-3152 (Fax)

*ATTORNEYS FOR PLAINTIFFS*

By: _____
    RICHARD C. JARAMILLO
    "Attorney-In-Charge"
    Texas State Bar No. 10573200
    Appearing Pro Hac Vice
    RAY L. VELA
    Texas State Bar No. 00795075
    S.D. Tex. Bar No. 20357
    FRANK COSTILLA
    Texas State Bar No. 04856500
    S.D. Tex. Bar No. 1509

## CERTIFICATE OF SERVICE

I certify that on this the 25th day of October 2000, a true copy of the above document has been either delivered in person or delivered in person by my agent or delivered by courier with receipted delivery or sent by certified mail, return receipt requested, or sent by telephonic document transfer before 5:00 p.m. the recipient's local time to the following pursuant to the Federal Rules of Civil Procedure for each party listed on the attached service list.

VIA CMRRR # Z 176 221 288
John C. Eichman
Jenkins & Gilchrist
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202
(214) 855-4300 - fax

By: _____
RICHARD C. JARAMILLO

EXHIBIT "1"

CutePDF – www.tesiso.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA McKENZIE, on behalf of herself and all others similarly situated,<br>Plaintiffs,<br><br>vs.<br><br>WORLDCOM, INC. a/k/a MCI<br>WORLDCOM, INC. a/k/a MCI<br>WORLDCOM COMMUNICATIONS, INC.,<br>Defendant. | § § § § § § § § § § § | CAUSE NO.: B-00-148<br><br>JURY |

## AFFIDAVIT OF RICHARD C. JARAMILLO

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

BEFORE ME, the undersigned authority, on this day personally appeared RICHARD C. JARAMILLO, who is personally known to me and after being duly sworn by me was deposed and said:

1.     "My name is RICHARD C. JARAMILLO. I am of sound mind, over 18 years of age and I am competent to make this affidavit. I have never been convicted of felony or a crime involving moral turpitude. The statements contained herein are based on my personal knowledge and are true and correct.

2.     "I am the attorney in charge for the Plaintiff in the above styled and numbered cause. I have been licensed and practicing law in the state of Texas since 1977.

3.     "This affidavit is made in support of Plaintiff's Motion for Costs as a result of Defendant's improvident removal of the above styled and numbered cause.

4.     "The instant lawsuit was originally filed as cause number 2000-08-3297-E in the 357th Judicial District Court of Cameron County, Texas. Plaintiff, on behalf of herself and others similarly situated, brings suit as a state court class action suit against Defendant ("Defendant" or "MCI").

5.     MCI removed the case to Federal Court on September 15, 2000. On October 16, 2000, Plaintiff filed *Plaintiff's Motion to Remand*. As part of *Plaintiff's Motion to Remand*, Plaintiff has requested costs, attorney's fees and expenses pursuant to 28 U.S.C. § 1447(c).

6.    From September 15, 2000 until the date of the execution of this document, the number of hours I have spent on legal work related to the removal and remand of this case including reviewing pleadings and legal research is thirty-two (32) hours. This time included time spent reviewing and analyzing a large number of cases and authorities on federal preemption in general and issues related to the preemptive scope of the Telecommunications Act and the Filed Tariff Doctrine.

7.    My customary hourly rate for attorney work is between $275.00 and $450.00 per hour depending on the type of work. I am familiar with hourly rates of lawyers in Texas working on the same or similar type of case as the instant case and state that $400.00 per hour is a reasonable and customary rate for such work.

"Further, Affiant sayeth not."

_____
RICHARD C. JARAMILLO

SUBSCRIBED TO AND SWORN TO BEFORE ME, on this the 24th day of October, 2000.

ESTELLA I OLGUIN
NOTARY PUBLIC
State of Texas
Comm. Exp. 05/26/2002

_____
Notary Public In and For
The State of Texas

EXHIBIT "2"

CViPDF - www.fastio.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARIA McKENZIE, on behalf of herself   §
and all others similarly situated,          §
      Plaintiffs,                   §
                                   §      CAUSE NO.: B-00-148
          vs.                   §
                                   §            JURY
WORLDCOM, INC. a/k/a MCI      §
WORLDCOM, INC. a/k/a MCI      §
WORLDCOM COMMUNICATIONS,  §
INC.,                             §
      Defendant.               §

## AFFIDAVIT OF RAY L. VELA

THE STATE OF TEXAS          §
                                §
COUNTY OF DALLAS         §

BEFORE ME, the undersigned authority, on this day personally appeared RAY L. VELA, who is personally known to me and after being duly sworn by me was deposed and said:

1.    "My name is RAY L. VELA. I am of sound mind, over 18 years of age and I am competent to make this affidavit. I have never been convicted of felony or a crime involving moral turpitude. The statements contained herein are based on my personal knowledge and are true and correct.

2.    "I am an attorney for the Plaintiff in the above styled and numbered cause. I have been licensed and practicing law in the state of Texas since 1995.

3.    "This affidavit is made in support of Plaintiff's Motion for Costs as a result of Defendant's improvident removal of the above styled and numbered cause.

4.    "The instant lawsuit was originally filed as cause number 2000-08-3297-E in the 357th Judicial District Court of Cameron County, Texas. Plaintiff, on behalf of herself and others similarly situated, brings a state court class action suit against Defendant ("Defendant" or "MCI").

5.    MCI removed the case to Federal Court on September 15, 2000. On October 16, 2000, Plaintiff filed *Plaintiff's Motion to Remand*. As part of *Plaintiff's Motion to Remand*, Plaintiff has requested costs, attorney's fees and expenses pursuant to 28 U.S.C. § 1447(c).

CHMPDF - www.texiio.com

6.    From September 15, 2000 until the date of the execution of this document, the time I have spent on legal work related to the removal and remand of this case is forty-six (46) hours. This work included reviewing and analyzing a large amount of case law and authorities on federal preemption in general and issues related to the preemptive scope of the Telecommunications Act and the Filed Tariff Doctrine along with drafting pleadings, briefs and orders.

7.    My customary hourly rate for attorney work is between $175.00 and $275.00 per hour depending on the type of work. I am familiar with hourly rates of lawyers in Texas working on the same or similar type of case as the instant case and state that $250.00 per hour is a reasonable and customary rate for such work.

"Further, Affiant sayeth not."

RAY L. VELA

SUBSCRIBED TO AND SWORN TO BEFORE ME, on this the 25th day of October, 2000.

ESTELLA I OLGUIN
NOTARY PUBLIC
State of Texas
Comm. Exp. 05/28/2002

Notary Public In and For
The State of Texas

AFFIDAVIT OF RAY L. VELA
CAUSE NO.: B-00-148

Page 2 of 2