*16*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**United States District Court
Southern District of Texas
FILED**

**OCT 2 6 2000**

**Michael N. Milby
Clerk of Court**

| | | |
|---|---|---|
| MARIA McKENZIE, on behalf of herself and all others similarly situated, Plaintiffs, | § § § § | |
| vs. | § § | CAUSE NO.: B-00-148 |
| WORLDCOM, INC. a/k/a MCI WORLDCOM, INC. a/k/a MCI WORLDCOM COMMUNICATIONS, INC., Defendant. | § § § § § § | JURY |

## PLAINTIFF'S MOTION FOR RULING BY SUBMISSION ON PLAINTIFF'S MOTION TO REMAND

COMES NOW, Plaintiff in the above styled and numbered cause, and pursuant to Local Rules 7.3 and 7.4, files this Plaintiff's Motion for Ruling by Submission on Plaintiff's Motion to Remand. In support of this motion, Plaintiff shows the Court the following:

1. The instant lawsuit was originally filed as cause number 2000-08-3297-E in the 357th Judicial District Court of Cameron County, Texas. Plaintiff, on behalf of herself and others similarly situated, brings suit as a state court class action suit against Defendant ("Defendant" or "MCI"). MCI removed the case to Federal Court on September 15, 2000.

2. On October 12, 2000, Plaintiff filed Plaintiff's Motion to Remand.

3. On October 18, 2000, the Court set Plaintiff's Motion for Remand for Oral Hearing on November 30, 2000 at 1:30PM. Because ruling on Plaintiff's Motion to Remand does not require the court to consider evidence but only the pleadings already on file with the Court, it is not necessary to conduct a hearing on the motion.

4.   Plaintiff now moves that the court rule on Plaintiff's Motion to Remand by submission on November 1, 2000, twenty days after the motion was filed, pursuant to Local Rule 7.3.

5.   Based upon the above, Plaintiff prays that the Court rule on Plaintiff's Motion to Remand by submission on November 1, 2000 and for such other relief at law or equity to which Plaintiff may be entitled.

Respectfully submitted,

**LAW OFFICES OF RICHARD JARAMILLO & ASSOCIATES, P.C.**
1412 Main Street, 22nd Floor
Dallas, Texas 75202
(214) 744-3364
(214) 748-6603 (Fax)

**LAW OFFICES OF FRANK COSTILLA, P.L.L.C.**
5 East Elizabeth Street
Brownsville, Texas 78520
(956) 541-4982
(956) 544-3152 (Fax)

*ATTORNEYS FOR PLAINTIFFS*

By: _____
RICHARD C. JARAMILLO
"Attorney-In-Charge"
Texas State Bar No. 10573200
Appearing Pro Hac Vice
RAY L. VELA
Texas State Bar No. 00795075
S.D. Tex. Bar No. 20357
FRANK COSTILLA
Texas State Bar No. 04856500
S.D. Tex. Bar No. 1509

## CERTIFICATE OF SERVICE

I certify that on this the 23rd day of October 2000, a true copy of the above document has been either delivered in person or delivered in person by my agent or delivered by courier with receipted delivery or sent by certified mail, return receipt requested, or sent by telephonic document transfer before 5:00 p.m. the recipient's local time to the following pursuant to the Federal Rules of Civil Procedure for each party listed on the attached service list.

U.S. CMRRR No. Z 176 221 286
John C. Eichman
Jenkins & Gilchrist
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202
(214) 855-4300 - fax

By: _____
RICHARD C. JARAMILLO