17

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

OCT 3 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARIA McKENZIE, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-00-148 |
| § | |
| WORLDCOM, INC., ET AL. § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON PLAINTIFF'S MOTION TO REMAND**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**NOVEMBER 27, 2000 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   OCTOBER 30, 2000

TO:     MR. RICHARD JARAMILLO
        MR. JOHN C. EICHMAN