*18*

United States District Court
Southern District of Texas
ENTERED

OCT 3 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
## - BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| MARIA McKENZIE, ON BEHALF OF | § | |
| HERSELF AND ALL OTHERS | § | |
| SIMILARLY SITUATED, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-148 |
| | § | |
| WORLDCOM, INC., a/k/a MCI | § | |
| WORLDCOM, INC., a/k/a MCI | § | |
| WORLDCOM COMMUNICATIONS, INC. | § | |

## ORDER

Plaintiff's Motion for Ruling by Submission on Plaintiff's Motion to Remand (Docket No. 16) and Plaintiff's Amended Motion for Ruling by Submission on Plaintiff's Motion to Remand (Docket No. 14) do not comply with the Local Rules for the Southern District of Texas. They are **DENIED**.

DONE at Brownsville, Texas, this 31st day of October, 2000.

John Wm. Black
United States Magistrate Judge