21

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

NOV 2 7 2000

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-00-148 ___     DATE & TIME: ____11-27-00 AT 1:30 P.M.____

MARIA MCKENZIE _____     PLAINTIFF(S) ____RICHARD C. JARAMILLO__
                              COUNSEL

VS.

WORLDCOM, INC. _____     DEFENDANT(S) ___JOHN C. EICHMAN__
                             COUNSEL

-------------------------------------------------------------------------------------------------------

ERO: Gabe Mendieta
Law Clerk: Vadim Mozyrsky

The parties argued Motion to Remand and Motion to Dismiss.  Judge Black took the matter under advisement.

Worldcom, Inc. is allowed until Dec. 11 to file a reply to Maria McKenzie's Response to the Motion to Dismiss. Maria McKenzie may file surreply, if necessary.

The parties will submit an agreed scheduling order.