UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**FEB 2 8 2001**

Michael N. Milby, Clerk of Court

31

| | |
|---|---|
| MARIA McKENZIE, on behalf of herself and all others similarly situated, Plaintiffs, | § § § § |
| vs. | § § |
| WORLDCOM, INC. a/k/a MCI WORLDCOM, INC. a/k/a MCI WORLDCOM COMMUNICATIONS, INC., Defendant. | § § § § § |

CAUSE NO.: B-00-148

JURY

## PLAINTIFF'S MOTION FOR RULING ON PLAINTIFF'S REQUEST FOR ATTORNEY'S FEES AND COSTS PURSUANT TO 28 U.S.C. § 1447(c)

COMES NOW, Plaintiff in the above styled and numbered cause, and files this *Plaintiff's Motion for Ruling on Plaintiff's Request for Attorney's Fees and Costs*. In support of this motion, Plaintiff shows the Court the following:

1.      The instant lawsuit was originally filed as cause number 2000-08-3297-E in the 357th Judicial District Court of Cameron County, Texas. Plaintiff, on behalf of herself and others similarly situated, brings suit as a state court class action suit against Defendant ("Defendant" or "MCI"). MCI removed the case to Federal Court on September 15, 2000.

2.      On October 12, 2000, Plaintiff filed *Plaintiff's Motion to Remand* which requested attorney's fees and costs pursuant to 28 U.S.C. § 1447(c).

3.      On February 6, 2001, the Magistrate Judge in this matter issued his *Report and Recommendations* which did not address the § 1447(c) attorney's fees and cost requests of Plaintiff.

4.      Plaintiff incorporates by reference *PLAINTIFF'S 02/12/2001 AMENDED EVIDENCE IN SUPPORT OF ATTORNEY'S FEES AS REQUESTED IN PLAINTIFF'S*

*MOTION TO REMAND* which was filed with the Court on February 12, 2001 as evidence to support a § 1447(c) award of attorney's fees and costs.

5.     Based upon the above, Plaintiff prays that the Court award Plaintiff attorney's fees and costs pursuant to 28 U.S.C. § 1447(c) and for such other relief at law or equity to which Plaintiff may be entitled.

Respectfully submitted,

**LAW OFFICES OF RICHARD JARAMILLO
& ASSOCIATES, P.C.**
1412 Main Street, 22nd Floor
Dallas, Texas 75202
(214) 744-3364
(214) 748-6603 (Fax)

**LAW OFFICES OF FRANK COSTILLA, P.L.L.C.**
5 East Elizabeth Street
Brownsville, Texas 78520
(956) 541-4982
(956) 544-3152 (Fax)

*ATTORNEYS FOR PLAINTIFFS*

By: _____

    RICHARD C. JARAMILLO
    "Attorney-In-Charge"
    Texas State Bar No. 10573200
    Appearing Pro Hac Vice
    RAY L. VELA
    Texas State Bar No. 00795075
    S.D. Tex. Bar No. 20357
    FRANK COSTILLA
    Texas State Bar No. 04856500
    S.D. Tex. Bar No. 1509

## CERTIFICATE OF CONFERENCE

I certify that Kerry C. Ahern, counsel for the Defendant, was contacted on February 26, 2001 by counsel for Plaintiff regarding the filing of this document. Defendants oppose an award of attorney's fees in this matter.

By:_____

RICHARD C. JARAMILLO

## CERTIFICATE OF SERVICE

I certify that on this the 26th day of February 2001, a true copy of the above document has been either delivered in person or delivered in person by my agent or delivered by courier with receipted delivery or sent by certified mail, return receipt requested, or sent by telephonic document transfer before 5:00 p.m. the recipient's local time to the following pursuant to the Federal Rules of Civil Procedure for each party listed on the attached service list.

U.S. CMRRR No. 7099 3400 0018 2809 1331
John C. Eichman
Jenkins & Gilchrist
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202
(214) 855-4300 - fax

By:_____

RICHARD C. JARAMILLO

PLAINTIFF'S MOTION FOR RULING ON PLAINTIFF'S REQUEST FOR
ATTORNEY'S FEES AND COSTS PURSUANT TO 28 U.S.C. § 1447(c)          Page 3 of 3
CAUSE NO.: B-00-148