# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### -BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| MARIA MCKENZIE, on behalf of herself and all others similarly situated, | § § § § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-148 |
| | § | |
| WORLDCOM, INC. a/k/a MCI WORLDCOM, INC. a/k/a MCI WORLDCOM COMMUNICATIONS, INC., | § § § § | |
| | § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
**ENTERED**

**MAR 0 2 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of February 6, 2001 should be **ADOPTED**.

IT IS ORDERED that McKenzie's Motion to Remand (Docket No. 9) be **GRANTED**.

IT IS FURTHER ORDERED that Worldcom's Motion to Dismiss (Docket No. 6) be **DENIED** as moot.

DONE in Brownsville, Texas, on this ___1ˢᵗ___ day of ___MARCH___, 2001.

_____
Filemon B. Vela
United States District Court Judge

32

ClibPDF - www.fastio.com