33

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

MAR 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIA McKENZIE, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-148 |
| | § | |
| WORLDCOM, INC., ET AL. | § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**HEARING ON PLAINTIFF'S MOTION FOR RULING ON PLAINTIFF'S REQUEST FOR ATTORNEY'S FEES AND COSTS PURSUANT TO 28 U.S.C. § 1447(c)**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**APRIL 5, 2001 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MARCH 6, 2001

TO:     MR. RICHARD JARAMILLO
        MR. JOHN C. EICHMAN