37

THE HONORABLE JOHN WM. BLACK

HEARING ON PLAINTIFF'S MOTION FOR RULING ON PLAINTIFF'S
REQUEST FOR ATTORNEY'S FEES AND COSTS PURSUANT TO 28 U.S.C. § 1447(c)

C.A. NO. B-00-148                       DATE & TIME: 04/05/01 @ 1:30 P.M.

MARIA McKENZIE, ET AL                   PLAINTIFF(S) RAY VELA
                                        COUNSEL

VS.

WORLDCOM, INC., ET AL                   DEFENDANT(S) JOHN EICHMAN
                                        COUNSEL

United States District Court
Southern District of Texas
FILED

APR 0 5 2001

Michael N. Milby
Clerk of Court

---

Courtroom Deputy: Irma A. Soto
ERO:              Linda Garcia
CSO:              Figueroa

Parties announced present and ready.

Mr. Vela submitted and cited new cases. Court informed the parties that it was going to read the new cases and would advise parties ASAP.

Both parties appeared present and ready.

Plaintiff orally requested the settlement agreement be set aside.

Court grants oral request and sets this case for trial for November 30, 2001 ~~1999~~ at 9:00 a.m.