United States District Court
Southern District of Texas
FILED

APR 0 5 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

**A M E N D E D**

HEARING ON PLAINTIFF'S MOTION FOR RULING ON PLAINTIFF'S
REQUEST FOR ATTORNEY'S FEES AND COSTS PURSUANT TO 28 U.S.C. § 1447(c)

C.A. NO. B-00-148                    DATE & TIME:   04/05/01 @ 1:30 P.M.

MARIA McKENZIE, ET AL            PLAINTIFF(S) RAY VELA
                                 COUNSEL

VS.

WORLDCOM, INC., ET AL            DEFENDANT(S) JOHN EICHMAN
                                 COUNSEL

Courtroom Deputy: Irma A. Soto
ERO:              Linda Garcia
CSO:              Figueroa

Parties announced present and ready.

Mr. Vela submitted and cited new cases.  Court informed the parties that it was
going to read the new cases and would advise parties ASAP.