39

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# -BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

MAY 1 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIA MCKENZIE, on behalf of herself and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. B-00-148 |
| WORLDCOM, INC. a/k/a MCI WORLDCOM, INC. a/k/a MCI WORLDCOM COMMUNICATIONS, INC., | § § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of April 11, 2001 should be **ADOPTED**.

IT IS ORDERED that Plaintiff's Motion for Ruling on Plaintiff's Request for Attorney Fees and Costs Pursuant to 28 U.S.C. § 1447(c) (Docket No. 31) be **DENIED**.

DONE in Brownsville, Texas, on this 17th day of MAY, 2001.

_____
Filemon B. Vela
United States District Court Judge